# United States Eastern District Federal Courts

De'Lane Andre Ross, Plaintiff

Vs

Adam Emery, Larry Ables,
Barbara Bradford, Ruth De'Lange, Defendants

1:26-cv-164

Collier/Steger

FILED

JUN 1 8 2026

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

## Complaint in Violation of U.S.C 1983
### (violation of due process rights)

Comes now Plaintiff, Andre Ross, humbly request the Federal Courts to grant, Plaintiffs, petition against defendants as an unlawful 5th Amendment and 14th Amendment violation of due process under 42 U.S.C. 1983. The, Defendants, conspiracy to commit fraud were a direct effect to, Mr Ross's, life, liberty, and freedom under the United States Constitution.

I am filing this complaint against defendants for their parts in a act to commit fraud, where the records to charge poss of crack cocaine for resale(#251011) was unlawfully altered and concealed. The final judgment to the poss of crack cocaine for resale charge and the sentencing transcripts were deliberately and unlawfully manipulated to agree with the judge's colloquy and fraudulent guilty judgment. This malicious act caused the, Plaintiff, to receive a substantial unfair 20 year federal sentence.

On, January, 26, 2006, sitting by designation, Honorable Kerry Blackwood, in the Hamilton County Criminal Courts, during the guilty plea proceedings. The defendant, requested for time to retain a paid attorney and a change of the guilty plea to not guilty. Judge Blackwood, called for a court recess until the 1:30pm docket due to ,defendant, requested to the courts for time to retain a attorney and change of plea. During the on start of the 1:30 proceeding, Judge Blackwood, asked questions to the prosecutor(Ables) to what lead up to the defendants arrest. (1) where was the defendant standing when the arresting officer(Emery) arrived on the scene, (2) how much drugs were found on the scene, (3) where were the drugs were found, (4) how far were the defendant from the drugs, (5) does the report mention of the defendant attempt to flee at any time, (6) judge question me personally, how many people occupy my mothers home. Honorable Judge Blackwood, made this inquiry in open court of the 1:30pm docket, to satisfy the fatual findings after setting aside the plea of guilty. (These questions has been intentionally concealed from the transcripts). After the Judge's inquiry with the courts, he went into the sentencing procedure and ruled on a "not guilty" final judgment for lack of evidence and dismissed the poss of crack cocaine for resale. I was found guilty of the contraband in a penal institution(#251011) and given 3yrs probation. The court recordings of the proceeding was deliberately altered to exclude exculpatory evidence from the recording of the proceedings. (I have a good memory of the day because Officer Emery was dismissed from the courtroom for becoming loud and unruly after hearing the not guilty judgment). (The 3 year probation for contraband in a penal institution is the same charge pertaining to the "Amended Judgment" incident.

The, Plaintiff, became aware of the fraudulent act during the process of his federal sentencing in 2009. The erroneous guilty judgment was being used to enhance the, Plaintiffs, federal sentence under the Career Offender Act which subjected ,the Plaintiff, to be sentenced to a substantial and cruel sentence violating the right to be treated fairly.

## Complaint in Violation of Tenn. State Law under Rule 43(a)
### (violation of constitutional rights)

Comes nows Plaintiff, Andre Ross, humbly requesting to the Federal Courts to grant this petition worthy of justice and liberty.

The, Plaintiff, want the federal courts to recognize the numerous violations of law made by the Hamilton County Criminal Courtroom 3 by denying the, Defendant, the rights to be present or challenge the amending of the sentence to the contraband in a penal institution(#251011) charge. The criminal courts amended the 4yr probation to the original final judgment stated in open court of 3yrs probation.

 The, defendant, filed a motion to the Hamilton County Criminal Courts in 2012 requesting that the final judgment to the poss of crack cocaine for resale(#251011) charge was a clerical error. The criminal courts responded with a letter denying the motion, but had ordered that the contraband(#251011) judgment was in error and amended the probational sentence to the original 3yr term ruled on in open court by, Judge Blackwood, on, January 26, 2005. The ,Defendant, filed a "Motion to Appear" to be at the proceeding and challenge the error of the entire record pertaining to the case (#251011). The motion was denied. The ,Defendant, wrote several motions and letters to the criminal courts challenging the erroneous guilty judgment.

Tennessee Rule of Criminal Procedure 43(a) proceeding with critical sentencing hearings, judgment corrections, or trials in absentia when the defendant has not waived their presence is a common claim of error. Defendant's, 14th Amendment rights were violated refusing to have, Defendant, present at a critical part of the hearing. Even when, Defendant, was requesting to the challenging the validity of the final judgment to the poss of crack cocaine for resale charge(#251011) pertaining to the same court and case.

## Complaint in Violation of Amendment 14
### (violation of due process)

Comes now plaintiff, Andre Ross, humbly request the federal courts to grant petition on the grounds of fundamental fairness in violation of Constitutional Amendment 14 . The fraudulent act to intentionally fabricate the record to the charges poss of crack cocaine for resale(#251011) and contraband in a penal institution(#251011) violated due process laws pertaining to fraudulent concealment and the withholding of exculpatory evidence, both favorable and material.

On ,January 26, 2005, Honorable Judge Kerry Blackwood, pronounced in open court of Hamilton County Criminal Courts a final judgment of "not guilty" due to lack of evidence. Judge Blackwood, based the lack of evidence ruling from questions asked to ,Prosecutor Ables, of what lead to the defendants arrest, then dismissed the poss of crack cocaine for resale(#251011) charge. These questions are not part of the original transcripts of the, January 26, 2005, proceeding they were unlawfully concealed. Along with, the fabricating of the sentencing colloquy to satisfy the judge's inquiry and to agree that the plea was made voluntary and intelligent.

The, Plaintiff, became aware of the fraudulent conspiracy during the process of, Plaintiff's, federal sentencing in, December 2009, where I received a substantial sentence of 20yrs due to the

malicious act to commit fraud by thee defendants. I challenged the erroneous guilty judgment with motions and letters to the criminal court for numerous years.

Andre Ross